587

(No. 75-CC-925— )

WILLIAM H. SWANSON, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 13, 1975.*

WILLIAM H. SWANSON, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-939— )

BILL D. PAGE, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF EDUCATION, Respondent.

*Opinion filed May 13, 1975.*

BILL D. PAGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.